# EXHIBIT 1

**SYSCO FOOD SERVICES**

**Exhibit 1**
Transfers made 90 days prior to Petition Date

| Payor | Payee | Payment date | Payment amount | Invoice paid | Invoice date | Total invoice amount |
|---|---|---|---|---|---|---|
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 8/7/18 | 4,625.36 | 137973033 | 7/11/18 | 4,625.36 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 8/15/18 | 221.31 | 137988963 | 7/21/18 | 221.31 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 8/7/18 | 53.18 | 137977679 | 7/14/18 | 53.18 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 8/23/18 | 4,126.19 | 237007221 | 8/1/18 | 4,126.19 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 9/20/18 | 511.88 | 237051461 | 8/29/18 | 511.88 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 9/20/18 | 2,419.87 | 237051462 | 8/29/18 | 2,419.87 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 8/15/18 | 3,269.82 | 137994982 | 7/25/18 | 3,269.82 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 9/12/18 | (38.04) | 2352411 | 8/22/18 | (38.04) |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 9/12/18 | (70.21) | 2352412 | 8/22/18 | (70.21) |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 9/12/18 | 2,443.57 | 237041087 | 8/22/18 | 2,443.57 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 9/12/18 | 13.50 | 237041088 | 8/22/18 | 13.50 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 9/20/18 | 393.39 | 237052882 | 8/30/18 | 393.39 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 10/24/18 | 1,916.59 | 237111933 | 10/3/18 | 1,916.59 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 8/7/18 | 13.36 | 137984509 | 7/18/18 | 13.36 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 8/7/18 | 3,683.77 | 137984510 | 7/18/18 | 3,683.77 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 8/29/18 | 26.10 | 2370198901 | 8/9/18 | 26.10 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 9/12/18 | 98.43 | 237042258 | 8/23/18 | 98.43 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 8/15/18 | 25.60 | 237000002 | 7/28/18 | 25.60 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 8/23/18 | 2,491.90 | 237018388 | 8/8/18 | 2,491.90 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 9/20/18 | 2,725.57 | 237063715 | 9/5/18 | 2,725.57 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 10/3/18 | 60.16 | 237084176 | 9/18/18 | 60.16 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 8/29/18 | 2,703.03 | 237029633 | 8/15/18 | 2,703.03 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 9/26/18 | (28.93) | 2357048 | 9/12/18 | (28.93) |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 9/26/18 | 2,596.95 | 237074529 | 9/12/18 | 2,596.95 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 9/26/18 | 511.90 | 237074530 | 9/12/18 | 511.90 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 10/3/18 | (511.90) | 2358680 | 9/19/18 | (511.90) |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 10/3/18 | 2,006.87 | 237086051 | 9/19/18 | 2,006.87 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 10/10/18 | 2,422.66 | 237098134 | 9/26/18 | 2,422.66 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 10/24/18 | 1,660.09 | 237123539 | 10/10/18 | 1,660.09 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 9/26/18 | 75.48 | 237075971 | 9/13/18 | 75.48 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 9/26/18 | 32.16 | 237075972 | 9/13/18 | 32.16 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 10/17/18 | 71.89 | 237113602 | 10/4/18 | 71.89 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 10/30/18 | 2,847.68 | 237135155 | 10/17/18 | 2,847.68 |
| PROMISE HOSPITAL OF LEE, INC. | SYSCO - CENTRAL FLORIDA | 9/26/18 | 60.16 | 237077687 | 9/14/18 | 60.16 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/7/18 | (47.27) | 149702035 | 7/2/18 | (47.27) |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 9/12/18 | (57.71) | 149769518 | 8/7/18 | (57.71) |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 9/26/18 | (14.26) | 149804707 | 8/27/18 | (14.26) |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/7/18 | (51.37) | 149720576 | 7/12/18 | (51.37) |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/7/18 | 1,580.42 | 149728464 | 7/17/18 | 1,580.42 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/15/18 | (21.69) | 149742916 | 7/25/18 | (21.69) |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/29/18 | (12.27) | 149772963 | 8/9/18 | (12.27) |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 9/12/18 | 1,293.80 | 149801143 | 8/24/18 | 1,293.80 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 9/12/18 | 856.45 | 149801144 | 8/24/18 | 856.45 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 9/26/18 | 880.07 | 149830253 | 9/7/18 | 880.07 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/7/18 | 1,477.17 | 149733670 | 7/20/18 | 1,477.17 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 10/30/18 | 849.92 | 149899527 | 10/12/18 | 849.92 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/7/18 | (84.96) | 149736670 | 7/21/18 | (84.96) |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 10/30/18 | (10.06) | 149901930 | 10/13/18 | (10.06) |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 10/30/18 | 51.27 | 149902347 | 10/13/18 | 51.27 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/15/18 | (10.33) | 149750751 | 7/30/18 | (10.33) |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/23/18 | 2,253.83 | 149768966 | 8/7/18 | 2,253.83 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 9/12/18 | 211.88 | 149805484 | 8/27/18 | 211.88 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/15/18 | 1,792.14 | 149753886 | 7/31/18 | 1,792.14 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 9/12/18 | (178.08) | 149806436 | 8/28/18 | (178.08) |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 9/12/18 | 2,033.81 | 149807830 | 8/28/18 | 2,033.81 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 9/26/18 | 1,415.28 | 149837143 | 9/11/18 | 1,415.28 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 10/3/18 | 1,279.76 | 149849591 | 9/18/18 | 1,279.76 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 10/17/18 | 1,789.02 | 149881578 | 10/2/18 | 1,789.02 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/7/18 | 1,856.86 | 149740879 | 7/24/18 | 1,856.86 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 9/26/18 | 12.49 | 149838269 | 9/12/18 | 12.49 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 10/30/18 | 1,082.58 | 149906891 | 10/16/18 | 1,082.58 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/23/18 | 1,944.90 | 149775102 | 8/10/18 | 1,944.90 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/29/18 | (22.88) | 149786083 | 8/16/18 | (22.88) |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/29/18 | 1,468.11 | 149786823 | 8/17/18 | 1,468.11 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 9/12/18 | 1,586.53 | 149814640 | 8/31/18 | 1,586.53 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 9/26/18 | 1,200.11 | 149843017 | 9/14/18 | 1,200.11 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 10/3/18 | 871.45 | 149855646 | 9/21/18 | 871.45 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 10/3/18 | 2,204.51 | 149855647 | 9/21/18 | 2,204.51 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 10/10/18 | 1,466.11 | 149871311 | 9/28/18 | 1,466.11 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 10/17/18 | 981.91 | 149887491 | 10/5/18 | 981.91 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 10/24/18 | 1,611.79 | 149899528 | 10/12/18 | 1,611.79 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/7/18 | 2,275.03 | 149746927 | 7/27/18 | 2,275.03 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 9/26/18 | (7.06) | 149845060 | 9/15/18 | (7.06) |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 10/30/18 | 1,051.99 | 149912393 | 10/19/18 | 1,051.99 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/7/18 | 12.38 | 149749631 | 7/28/18 | 12.38 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/15/18 | 1,704.41 | 149765367 | 8/6/18 | 1,704.41 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/23/18 | 954.60 | 149781790 | 8/14/18 | 954.60 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/23/18 | 1,736.33 | 149781791 | 8/14/18 | 1,736.33 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 8/29/18 | 1,705.24 | 149795357 | 8/21/18 | 1,705.24 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 9/12/18 | 1,108.99 | 149822836 | 9/4/18 | 1,108.99 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 10/3/18 | 1,450.34 | 149863662 | 9/25/18 | 1,450.34 |
| PROMISE HOSPITAL OF PHOENIX, INC. | SYSCO FOOD SERVICES ARIZONA | 10/17/18 | 1,145.65 | 149893945 | 10/9/18 | 1,145.65 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 10/17/18 | 71.28 | 196895487 | 7/19/18 | 71.28 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 10/17/18 | 42.61 | 196926193 | 8/2/18 | 42.61 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 10/17/18 | 1,067.19 | 196940010 | 8/8/18 | 1,067.19 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 8/7/18 | 72.98 | 196843494 | 6/27/18 | 72.98 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 8/7/18 | 488.50 | 196844861 | 6/27/18 | 488.50 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 8/7/18 | (29.16) | 196846665 | 6/28/18 | (29.16) |

| Payor | Payee | Payment date | Payment amount | Invoice paid | Invoice date | Total invoice amount |
|---|---|---|---|---|---|---|
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 9/12/18 | 800.09 | 196929556 | 8/3/18 | 800.09 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 9/20/18 | (97.14) | 196953130 | 8/11/18 | (97.14) |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 9/12/18 | (12.32) | 196933948 | 8/6/18 | (12.32) |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 8/23/18 | 1,083.40 | 196894648 | 7/18/18 | 1,083.40 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 9/20/18 | 76.80 | 196958707 | 8/15/18 | 76.80 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 8/15/18 | 679.72 | 196880355 | 7/11/18 | 679.72 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 8/29/18 | 964.66 | 196908605 | 7/25/18 | 964.66 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 9/26/18 | 571.87 | 196975987 | 8/22/18 | 571.87 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 8/7/18 | 491.27 | 196866972 | 7/4/18 | 491.27 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 8/29/18 | (23.27) | 196909831 | 7/26/18 | (23.27) |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 9/12/18 | 42.28 | 196944578 | 8/9/18 | 42.28 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 9/12/18 | (57.39) | 196944649 | 8/9/18 | (57.39) |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 9/20/18 | 569.61 | 196965330 | 8/17/18 | 569.61 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 10/17/18 | (144.31) | 296029667 | 9/13/18 | (144.31) |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 9/12/18 | 582.00 | 196948804 | 8/10/18 | 582.00 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 9/26/18 | (26.39) | 196979745 | 8/24/18 | (26.39) |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 10/30/18 | 54.10 | 296065229 | 9/27/18 | 54.10 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 10/30/18 | 73.41 | 296065239 | 9/27/18 | 73.41 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 9/20/18 | 39.06 | 196974061 | 8/21/18 | 39.06 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 9/26/18 | (26.39) | 196988573 | 8/28/18 | (26.39) |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 10/17/18 | 153.27 | 296042345 | 9/18/18 | 153.27 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 8/29/18 | 894.08 | 196925403 | 8/1/18 | 894.08 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 9/26/18 | 1,318.94 | 196993196 | 8/29/18 | 1,318.94 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 10/3/18 | 1,153.26 | 296011068 | 9/5/18 | 1,153.26 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 10/17/18 | 337.38 | 296044593 | 9/19/18 | 337.38 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 10/24/18 | 640.88 | 296063671 | 9/26/18 | 640.88 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 10/30/18 | 76.80 | 296081379 | 10/2/18 | 76.80 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 8/29/18 | (21.47) | 196926642 | 8/2/18 | (21.47) |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 9/26/18 | (25.15) | 196993958 | 8/30/18 | (25.15) |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 10/30/18 | 450.18 | 296083664 | 10/3/18 | 450.18 |
| PROMISE HOSPITAL DALLAS, INC. | SYSCO FOOD SERVICES OF DALLAS | 10/3/18 | 624.37 | 296028212 | 9/12/18 | 624.37 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/5/18 | 3,943.86 | 245387116 | 7/26/18 | 3,943.86 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/5/18 | 907.10 | 245387117 | 7/26/18 | 907.10 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/5/18 | 298.13 | 245387118 | 7/26/18 | 298.13 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/26/18 | 640.27 | 245437792 | 8/16/18 | 640.27 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/26/18 | 533.43 | 245437793 | 8/16/18 | 533.43 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 8/7/18 | 734.28 | 245321956 | 6/28/18 | 734.28 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 8/7/18 | 397.00 | 245321957 | 6/28/18 | 397.00 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 8/7/18 | 4,181.99 | 245321958 | 6/28/18 | 4,181.99 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 8/15/18 | 99.26 | 245344220 | 7/7/18 | 99.26 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 8/15/18 | 151.11 | 245344222 | 7/7/18 | 151.11 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 8/23/18 | 32.26 | 245365393 | 7/17/18 | 32.26 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 8/23/18 | 4,062.20 | 245371650 | 7/19/18 | 4,062.20 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 8/23/18 | 516.04 | 245371651 | 7/19/18 | 516.04 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 8/23/18 | 413.01 | 245371652 | 7/19/18 | 413.01 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 8/15/18 | 3,037.10 | 245355667 | 7/12/18 | 3,037.10 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 8/15/18 | 1,058.42 | 245355668 | 7/12/18 | 1,058.42 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 8/15/18 | 351.40 | 245355669 | 7/12/18 | 351.40 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/5/18 | 168.47 | 245405478 | 8/2/18 | 168.47 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/5/18 | 593.57 | 245405479 | 8/2/18 | 593.57 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/5/18 | 4,470.66 | 245405480 | 8/2/18 | 4,470.66 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/12/18 | 994.37 | 245421297 | 8/9/18 | 994.37 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/12/18 | 238.67 | 245421298 | 8/9/18 | 238.67 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/26/18 | 21.90 | 245454325 | 8/23/18 | 21.90 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/26/18 | 4,769.02 | 245454326 | 8/23/18 | 4,769.02 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/26/18 | 730.44 | 245454327 | 8/23/18 | 730.44 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/26/18 | 454.19 | 245454328 | 8/23/18 | 454.19 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/3/18 | 3,488.21 | 245470592 | 8/30/18 | 3,488.21 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/3/18 | 571.83 | 245470593 | 8/30/18 | 571.83 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/3/18 | 166.82 | 245470594 | 8/30/18 | 166.82 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/10/18 | 724.88 | 245489297 | 9/6/18 | 724.88 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/10/18 | 288.54 | 245489298 | 9/6/18 | 288.54 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/17/18 | 3,610.09 | 245505409 | 9/13/18 | 3,610.09 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/17/18 | 773.52 | 245505410 | 9/13/18 | 773.52 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/17/18 | 243.66 | 245505411 | 9/13/18 | 243.66 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/24/18 | 3,245.49 | 245521898 | 9/20/18 | 3,245.49 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/24/18 | 718.45 | 245521899 | 9/20/18 | 718.45 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 8/7/18 | 237.57 | 245339714 | 7/5/18 | 237.57 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 8/7/18 | 791.78 | 245339715 | 7/5/18 | 791.78 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 8/7/18 | 4,111.69 | 245339716 | 7/5/18 | 4,111.69 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/5/18 | 19.21 | 245406692 | 8/3/18 | 19.21 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/5/18 | 31.99 | 245406698 | 8/3/18 | 31.99 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/3/18 | 54.14 | 245471325 | 8/31/18 | 54.14 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/3/18 | 49.63 | 245471326 | 8/31/18 | 49.63 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/3/18 | 9.46 | 245471328 | 8/31/18 | 9.46 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/3/18 | 18.90 | 245471329 | 8/31/18 | 18.90 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/3/18 | 36.77 | 245471330 | 8/31/18 | 36.77 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/3/18 | 11.86 | 245471331 | 8/31/18 | 11.86 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/3/18 | 25.31 | 245471332 | 8/31/18 | 25.31 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/24/18 | 46.51 | 245533266 | 9/25/18 | 46.51 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/5/18 | 3,156.56 | 245421296 | 8/9/18 | 3,156.56 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 9/12/18 | 2,891.38 | 245437791 | 8/16/18 | 2,891.38 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/3/18 | 3,690.44 | 245489296 | 9/6/18 | 3,690.44 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/17/18 | 242.50 | 245521897 | 9/20/18 | 242.50 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/24/18 | 4,071.57 | 245540313 | 9/27/18 | 4,071.57 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/24/18 | 581.90 | 245540314 | 9/27/18 | 581.90 |
| PROMISE HOSPITAL OF EAST LOS ANGELES, LP | SYSCO FOOD SVCS OF LA - 3980 | 10/24/18 | 111.93 | 245540315 | 9/27/18 | 111.93 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 9/5/18 | 113.03 | 157878005 - ADDITIONAL | 3/2/18 | 113.03 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 9/5/18 | 41.13 | 157879407 | 3/3/18 | 41.13 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 9/5/18 | 28.76 | 257037577 | 5/23/18 | 28.76 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 9/5/18 | 63.72 | 257056277 | 6/1/18 | 63.72 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 9/5/18 | 68.15 | 257063434 | 6/6/18 | 68.15 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 9/5/18 | 45.59 | 257081916 | 6/16/18 | 45.59 |

| Payor | Payee | Payment date | Payment amount | Invoice paid | Invoice date | Total invoice amount |
|---|---|---|---|---|---|---|
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 9/5/18 | 2,035.29 | 257105507 | 6/29/18 | 2,035.29 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 10/3/18 | 1,433.53 | 257171488 | 8/3/18 | 1,433.53 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 10/3/18 | 42.61 | 257185032 | 8/11/18 | 42.61 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 10/3/18 | 102.34 | 257195009 | 8/16/18 | 102.34 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 8/7/18 | 72.67 | 257102460 | 6/28/18 | 72.67 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 8/23/18 | 1,580.78 | 257138344 | 7/17/18 | 1,580.78 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 8/29/18 | 607.28 | 257149806 | 7/24/18 | 607.28 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 8/29/18 | 1,383.64 | 257150488 | 7/24/18 | 1,383.64 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 9/5/18 | 1,747.59 | 257162672 | 7/31/18 | 1,747.59 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 9/12/18 | 1,886.67 | 257177387 | 8/7/18 | 1,886.67 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 9/20/18 | 32.87 | 257192840 | 8/15/18 | 32.87 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 8/7/18 | 1,951.46 | 257114416 | 7/3/18 | 1,951.46 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 8/23/18 | (193.15) | 257140587 | 7/19/18 | (193.15) |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 10/17/18 | 57.52 | 257248932 | 9/12/18 | 57.52 |
| PROMISE SKILLED NURSING FACILITY OF OVERLAND | SYSCO KANSAS CITY, INC. | 8/23/18 | 1,712.04 | 257144460 | 7/20/18 | 1,712.04 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 9/20/18 | 1,401.45 | 257198341 | 8/17/18 | 1,401.45 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 8/15/18 | 1,715.97 | 257131837 | 7/13/18 | 1,715.97 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 8/29/18 | 15.22 | 257155631 | 7/27/18 | 15.22 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 8/29/18 | 1,692.96 | 257156594 | 7/27/18 | 1,692.96 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 9/12/18 | 188.55 | 257183325 | 8/10/18 | 188.55 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 9/12/18 | 1,654.00 | 257184279 | 8/10/18 | 1,654.00 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 9/26/18 | 1,277.32 | 257211608 | 8/24/18 | 1,277.32 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 10/3/18 | 1,921.52 | 257225260 | 8/31/18 | 1,921.52 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 10/10/18 | 47.01 | 257238975 | 9/7/18 | 47.01 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 10/10/18 | 1,537.16 | 257240977 | 9/7/18 | 1,537.16 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 10/17/18 | 251.06 | 257254323 | 9/14/18 | 251.06 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 10/17/18 | 1,611.82 | 257255317 | 9/14/18 | 1,611.82 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 10/24/18 | 1,794.70 | 257268516 | 9/21/18 | 1,794.70 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 10/24/18 | 40.17 | 257268677 | 9/21/18 | 40.17 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 8/7/18 | 1,501.54 | 257119666 | 7/6/18 | 1,501.54 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 10/17/18 | 42.61 | 257256126 | 9/15/18 | 42.61 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 9/20/18 | 1,573.30 | 257204893 | 8/21/18 | 1,573.30 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 8/15/18 | 11.87 | 257137521 | 7/17/18 | 11.87 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 8/29/18 | 175.45 | 257162023 | 7/31/18 | 175.45 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 9/12/18 | 1,319.34 | 257191344 | 8/14/18 | 1,319.34 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 9/26/18 | 2,232.46 | 257218263 | 8/28/18 | 2,232.46 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 10/3/18 | 280.88 | 257236194 | 9/4/18 | 280.88 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 10/10/18 | 1,536.64 | 257247589 | 9/11/18 | 1,536.64 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 10/17/18 | 1,413.76 | 257261866 | 9/18/18 | 1,413.76 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 10/24/18 | 1,746.57 | 257275252 | 9/25/18 | 1,746.57 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 10/24/18 | 40.17 | 257275611 | 9/25/18 | 40.17 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC. | 8/7/18 | 1,634.81 | 257125577 | 7/10/18 | 1,634.81 |
| PROMISE HOSPITAL OF OVERLAND PARK, INC. | SYSCO KANSAS CITY, INC | 9/26/18 | 1,462.43 | 257231637 | 9/4/18 | 1,462.43 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 9/26/18 | 2,650.57 | 1167851628 | 2/21/18 | 2,650.57 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 9/26/18 | 608.40 | 216056087 | 7/24/18 | 608.40 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 10/3/18 | 2,979.59 | 216095386 | 8/15/18 | 2,979.59 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 8/15/18 | 56.18 | 216033843 | 7/10/18 | 56.18 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 8/23/18 | 4,270.44 | 216047776 | 7/18/18 | 4,270.44 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 8/15/18 | 3,835.29 | 216036929 | 7/11/18 | 3,835.29 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 9/5/18 | 3,283.90 | 216072546 | 8/1/18 | 3,283.90 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 8/7/18 | 3,712.98 | 216026288 | 7/4/18 | 3,712.98 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 8/15/18 | 95.08 | 216040042 | 7/13/18 | 95.08 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 9/26/18 | 166.80 | 216111356 | 8/25/18 | 166.80 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 8/7/18 | 14.67 | 216030266 | 7/7/18 | 14.67 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 8/7/18 | 90.46 | 216030267 | 7/7/18 | 90.46 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 10/17/18 | 4,013.68 | 216141500 | 9/17/18 | 4,013.68 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 8/23/18 | 4,424.08 | 216059288 | 7/25/18 | 4,424.08 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 9/20/18 | 4,376.17 | 216106887 | 8/22/18 | 4,376.17 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 9/5/18 | 3,112.85 | 216084041 | 8/8/18 | 3,112.85 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 9/26/18 | 2,994.12 | 216118265 | 8/29/18 | 2,994.12 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 10/3/18 | 770.89 | 21630715 | 9/5/18 | 770.89 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 10/17/18 | 3,468.73 | 216152601 | 9/19/18 | 3,468.73 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 9/12/18 | 154.57 | 216095934 | 8/16/18 | 154.57 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 10/24/18 | 44.79 | 216165485 | 9/27/18 | 44.79 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 9/20/18 | 28.51 | 216111331 | 8/25/18 | 28.51 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 9/12/18 | 90.46 | 216101010 | 8/20/18 | 90.46 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 9/5/18 | 563.40 | 216093536 | 8/14/18 | 563.40 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 10/17/18 | 3,544.91 | 216164867 | 9/26/18 | 3,544.91 |
| PROMISE HOSPITAL OF DADE, INC. | SYSCO SOUTH FLORIDA INC | 10/24/18 | 3,855.20 | 216192204 | 10/10/18 | 3,855.20 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 9/5/18 | 51.71 | 178419104 | 6/21/18 | 51.71 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 9/5/18 | 98.31 | 178420963 | 6/26/18 | 98.31 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 9/20/18 | 1,625.49 | 178426762 | 8/3/18 | 1,625.49 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 9/20/18 | 115.19 | 178429458 | 8/8/18 | 115.19 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 9/20/18 | 1,561.92 | 178429639 | 8/8/18 | 1,561.92 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 9/26/18 | 1,811.78 | 178433977 | 8/15/18 | 1,811.78 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 8/7/18 | 3,881.82 | 178402219 | 6/27/18 | 3,881.82 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 9/20/18 | 1,837.08 | 178430935 | 8/10/18 | 1,837.08 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 9/26/18 | 1,595.84 | 178435382 | 8/17/18 | 1,595.84 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 9/26/18 | (30.78) | 178435932 | 8/17/18 | (30.78) |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 10/3/18 | 2,063.28 | 178439893 | 8/24/18 | 2,063.28 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 9/26/18 | 143.56 | 178436847 | 8/20/18 | 143.56 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 8/23/18 | 1,816.24 | 178416808 | 7/18/18 | 1,816.24 |
| PROMISE HOSPITAL OF WICHITA FALLS, INC. | SYSCO WEST TEXAS | 8/7/18 | 852.93 | 178408998 | 7/3/18 | 852.93 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 8/7/18 | 1,261.73 | 178408999 | 7/3/18 | 1,261.73 |
| PROMISE HOSPITAL OF WICHITA FALLS, INC. | SYSCO WEST TEXAS | 8/15/18 | 903.24 | 178413124 | 7/11/18 | 903.24 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 8/15/18 | 1,384.00 | 178413123 | 7/11/18 | 1,384.00 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 8/29/18 | 1,941.40 | 178420649 | 7/25/18 | 1,941.40 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 9/5/18 | 1,522.85 | 178425720 | 8/1/18 | 1,522.85 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 9/26/18 | 1,983.94 | 178438535 | 8/22/18 | 1,983.94 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 10/3/18 | 1,465.60 | 178443060 | 8/29/18 | 1,465.60 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 10/10/18 | 1,535.05 | 178448749 | 9/5/18 | 1,535.05 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 10/17/18 | 1,905.76 | 178453399 | 9/12/18 | 1,905.76 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 8/23/18 | 1,937.79 | 178417939 | 7/20/18 | 1,937.79 |

| Payor | Payee | Payment date | Payment amount | Invoice paid | Invoice date | Total invoice amount |
|---|---|---|---|---|---|---|
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 8/29/18 | 146.18 | 2527048 | 7/26/18 | 146.18 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 8/15/18 | 1,762.80 | 178414082 | 7/13/18 | 1,762.80 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 8/29/18 | 1,336.75 | 178421713 | 7/27/18 | 1,336.75 |
| PROMISE HOSPITAL OF WICHITA FALLS, INC. | SYSCO WEST TEXAS | 9/5/18 | 561.08 | 178426763 | 8/3/18 | 561.08 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 9/26/18 | 366.43 | 170157 | 8/24/18 | 366.43 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 10/3/18 | 1,927.22 | 178444424 | 8/31/18 | 1,927.22 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 10/10/18 | 1,340.75 | 178450200 | 9/7/18 | 1,340.75 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 10/17/18 | 1,480.95 | 178454778 | 9/14/18 | 1,480.95 |
| PROMISE HOSPITAL OF WICHITA FALLS, INC. | SYSCO WEST TEXAS | 8/7/18 | 529.94 | 178410523 | 7/6/18 | 529.94 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 8/7/18 | 1,944.92 | 178410522 | 7/6/18 | 1,944.92 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 8/29/18 | 106.41 | SYS-6578202 | 7/30/18 | 106.41 |
| PROMISE HOSPITAL OF WICHITA FALLS, INC. | SYSCO WEST TEXAS | 10/3/18 | 668.06 | 178448750 | 9/5/18 | 668.06 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 10/10/18 | 143.56 | 178453166 | 9/12/18 | 143.56 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 10/17/18 | 1,564.11 | 178457914 | 9/19/18 | 1,564.11 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 10/24/18 | 1,624.65 | 178462783 | 9/26/18 | 1,624.65 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 10/17/18 | 10.43 | 178458304 | 9/20/18 | 10.43 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 10/17/18 | 1,717.03 | 178459313 | 9/21/18 | 1,717.03 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 10/24/18 | 1,696.10 | 178464543 | 9/28/18 | 1,696.10 |
| PROMISE SKILLED NURSING FACILITY OF WICHITA FA | SYSCO WEST TEXAS | 10/24/18 | (23.74) | 61898 | 10/3/18 | (23.74) |
| | | | 321,206.21 | | | 321,206.21 |